FILED

FEB 0 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-18-H-CCL |
| Plaintiff, | |
| vs. | Order |
| ERIC HADNOTT, | |
| Defendant. | |

Before this Court is Defendant Eric Hadnott. Defendant asks the Clerk of Court for documents in his record by letter dated 2/1/2018 (Doc. 30. Defendant states he is currently in custody in Victorville serving a 61 month sentence from this Court, and is indigent.

Three of the documents Defendant has requested, his docket sheet, judgment and plea agreement are public record and Defendant may obtain them from the Clerk of Court for a fee of $0.50 per page. Upon review of the record, no transcript of Defendant's sentencing hearing was ordered and therefore, no transcript is available.

Further, Defendant has no case pending. Defendant has no right to conduct discovery pursuant to 28 U.S.C. § 2255 when he has no §2255 motion pending.

See Calderon v. United States Cour for the Northern Dist. of Cal., 98 F.3d 1102, 1105 (9th Cir. 1996). An indigent inmate may be entitled to obtain court documents at no cost pursuant to 28 U.S.C. § 2250, but only if he has filed a habeas petition. United States v. Connors, 904 F.2d 535 (9th Cir. 1990)(per curiam).

Accordingly,

IT IS HEREBY ORDERED that Defendant's request for copies of his docket sheet, judgment and plea agreement are denied.

The Clerk is directed forthwith to notify the Defendant of this order.

Done and dated this 8th day of February, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE